## Commonwealth *v.* Dianna, Appellant.

710

Submitted September 11, 1972. *Henry M. Koch, Jr.*, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.